IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00337-CR-W-HFS |
| ) | |
| DEMARIO A. EATMON ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Presently pending before the court is defendant's motion in limine to admit Rule 404(b) evidence (Doc. 19), and a Report and Recommendation authored by Judge Morris after a Change of Plea hearing at which defendant entered a plea of guilt to Count I of the Indictment. (Doc. 55).

A sentencing hearing has been held, and the matter is now concluded. Accordingly, it is hereby

ORDERED that defendant's motion in limine (Doc. 19) is DENIED as moot, and the Report and Recommendation (Doc. 55) is ADOPTED retroactively.

SO ORDERED.

Dated: February 3, 2021

                                       s/ HOWARD F. SACHS
                                       HOWARD F. SACHS
                                       UNITED STATES DISTRICT JUDGE